**SO ORDERED.**



**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS as nominee for Chase
Home Finance LLC
[FILE 08-004997 CHE]

**Dated: October 27, 2008**

CHARLES G. CASE, II
U.S. Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

In re:

ALYCE STEVENS,

                    Debtor.

MERS as nominee for Chase Home
Finance LLC, its assignees and
/ or successors in interest,
                    Movant,

v.

ALYCE STEVENS, Debtor, and
Chapter 7 Trustee S. William
Manera,
                    Respondents.

Case # 2:08-bk-12634-CGC

Chapter 7 Proceedings

**ORDER LIFTING**
**THE AUTOMATIC STAY**

Re: Real Property located at
20825 West Wycliff Drive
Buckeye, AZ 85396

    The court finds that a Motion for Relief From the Automatic

Stay and a Notice of Filing of the Motion have been filed with

the Court and served upon interested parties in the above

captioned matter by MERS as nominee for Chase Home Finance LLC,

("CHASE"), and that good cause exists to grant the Motion for

Relief;

1     **THEREFORE, IT IS ORDERED:**

2     1. CHASE, its assignees or successors-in-interest, is hereby

3 granted relief from all stays against lien enforcement including

4 the automatic stay imposed under 11 U.S.C. § 362 and the

5 automatic injunction of 11 U.S.C. § 524(a) with reference to the

6 real property generally described as 20825 West Wycliff Drive,

7 Buckeye, AZ 85396 and legally described as:

8         LOT 414, OF VERRADO PARCEL 4.804, ACCORDING TO THE

9         PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF

10         MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 741 OF

11         MAPS, PAGE 7.

12     2. CHASE may begin or continue foreclosure proceedings

13 following applicable law and / or enforce any contract or state

14 law remedies it has against said real property.

15     3. Should Debtor fail to vacate the Property following

16 foreclosure, CHASE may pursue any legal remedies in state court

17 to remove the Debtor from the Property.

18     4. Unless and until otherwise ordered, the Automatic Stay

19 imposed against CHASE shall remain lifted under this and any

20 other chapter of the Bankruptcy Code to which this case may

21 convert.

22 DATED: _____

23

    _____

24     Charles G. Case, II
    U. S. Bankruptcy Court Judge